FILED
07 SEP -5 AM 9:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 91CR1129-GT |
| Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE HEARING |
| LUIS POMAR, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED**, that the order to show cause hearing in the above-mentioned case for Mr. Pomar, who is in custody, be continued from September 5, 2007, at 9:30 a.m. until October 3, 2007 at 9:30 a.m. as stipulated and agreed upon by all parties.

**IT IS ALSO ORDERED** that the Status Conference set for September 11, 2007 at 9:00 a.m. is hereby vacated.

**SO ORDERED.**

Dated: 9-4-07

HONORABLE GORDON THOMPSON, JR.
United States District Judge

91CR1129