**ORIGINAL**



FILED

OCT 1 6 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>       v.<br><br>LUIS POMAR<br><br>           Defendant. | ) Cr. No. 91-1129GT<br>)<br>) **ORDER**<br>) |

**GOOD CAUSE SHOWING**, the Court hereby orders that the United States Probation Office produce the following discovery:

1. A copy of the Judgment and Commitment in this case filed on November 7, 2005 and subsequently signed by the Probation Officer and Mr. Luis Pomar ("Mr. Pomar") on August 3, 2006.

2. A copy of the Bureau of Prison's "Notice of Release and Arrival" signed by Mr. Pomar on or about July 31, 2006.

3. Upon approval by the Court, a copy of the June 21, 2007 letter from the McAlister Institute of Treatment and Education regarding Mr. Pomar.

4. The Probation Officer will prepare and supply to the defense and the AUSA a summary of Mr. Pomar's drug testing history from August 1, 2006 through August 1, 2007. This summary should include all tests taken either at the Probation Office or MHS (Mental Health Systems, Inc.), the results, all stalls and whether they were excused.

5. The Probation Officer will supply to the defense and the AUSA a copy of laboratory documents showing the results of the dirty tests that are alleged in the July 9, 2007 Order to Show Cause.

**FURTHERMORE**, the Court orders the Government to produce for the defense all evidence it intends to present at the evidentiary hearing, including but not limited to: copies of documents, names of witnesses the Government intends to call; and permission to view in advance any physical evidence that will be introduced. The Probation Office and the Government shall provide Mr. Pomar or his attorney with the above requested materials one week in advance of the evidentiary hearing.

**IT IS ORDERED** that

Oct. 16 2007
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and Probation Office